UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO:

MIRNA LIMA, and LOIDA LIMA           16-CV-61008-Bloom/Valle

    Plaintiff(s),

vs.

ALMANI'S KOSHER CATERING & BAKERY, INC.
a Florida Profit Corporation
and SARAH ALMANI, individually,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:** ALMANI'S KOSHER CATERING & BAKERY, INC. through its Registered Agent:

SARAH ALMANI
3252 SW 51 STREET
HOLLYWOOD, FL 33312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

PETER M. HOOGERWOERD, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET
SUITE 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



Date: **May 11, 2016**

Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO:

MIRNA LIMA, and LOIDA LIMA                                      16-CV-61008-Bloom/Valle

    Plaintiff(s),

vs.

ALMANI'S KOSHER CATERING & BAKERY, INC.
a Florida Profit Corporation
and SARAH ALMANI, individually,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:**        SARAH ALMANI
        3252 SW 51 STREET
        HOLLYWOOD, FL 33312

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

        PETER M. HOOGERWOERD, ESQ.
        REMER & GEORGES-PIERRE, PLLC.
        44 WEST FLAGLER STREET
        SUITE 2200
        MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



Date: **May 11, 2016**

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts